381 A.2d 903

Commonwealth ex rel. Schwartz v. Schwartz, Appellant.
Commonwealth ex rel. Schwartz, Appellant, v. Schwartz.

Argued September 21, 1977.   Nathan Carl Schwartz, for appellant at No. 1306 and appellee

at No. 1381; Albert Momjian, with him Abrahams & Loewenstein, for appellant at No. 1381 and appellee at No. 1306.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.